IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| SUSAN L. ROWE, CHRISTINE M. KLEIBER, TAMMY D. BURDEN, JULIE A. SCHROPP, STACEY L. GOOD, individually and on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>KIMBERLY KAY REYNOLDS, in her official capacity as Governor State of Iowa, JAMES M. KURTENBACH, in his official capacity with Iowa Department of Administrative Services; and the STATE OF IOWA,<br><br>Defendants. | Case No. 4:19-CV-00256-JAJ-SBJ<br><br><br><br>**PLAINTIFFS' MOTION TO CERTIFY 91A CLASS** |

COME NOW the Plaintiffs, Susan L. Rowe, Christine M. Kleiber, Tammy D. Burden, Julia A. Schropp and Stacey L. Good, individually and on behalf of all other similarly situated Registered Nurses and move this Court to certify the following proposed Plaintiff class for relief under Iowa Code 91A:

> Class Description: All Registered Nurses (RNs) who have worked in Job Classifications 02020 and 82020 providing care and assistance to patients or residents at state facilities at any time beginning July 1, 2017

The named Plaintiffs meet the requirements of certification as a class under the provisions of Fed. R. Civ. Proc. 23(b), as each of the named Plaintiffs and putative class members:

- Are Registered Nurses (RNs)

- They all have worked labeled as RNs in Job Classifications 02020 or 82020;

1

- They have provided services under the same State of Iowa general job description as an RN;
- They have been treated as a group called "RN" whom the Defendants have determined, as a group, they are salaried professional employees exempt from overtime pay under Iowa Code 91A due to being hired in positions the Defendant has designated as an RN job description;
- They are alleged by Plaintiffs to be hourly employees;
- They are alleged by Plaintiffs to not be professional employees under 91A;
- They are alleged by Plaintiffs have spent sufficient and significant time performing non-professional duties that are routinely assigned;
- They have not been paid FLSA overtime premium wages for all of their work time in excess of forty (40) hours per week, except as periodically allowed by Defendants at the discretion of the Defendants.
- They have been, are, or will be employed by Defendants during at least any one pay period beginning after July 1, 2017.
- They, did not, do not, or will not receive overtime pay at one and one-half times their hourly rate of pay, premium pay, or compensatory time off of overtime pay for all additional hours worked.

Plaintiffs also move for the appointments of Bruce H. Stoltze, Sr. as lead class counsel and Bruce H. Stoltze, Jr. and John Q. Stoltze of the law firm of Stoltze & Stoltze, PLC and Christopher A. Kragnes, Sr. and Kaitlyn C. DiMaria of Kragnes & Associates, PC as co-counsel and of the

named Plaintiffs, Susan Rowe, Christine M. Kleiber, Tammy D. Burden, Julia A. Schropp and Stacy L. Good as Class Representatives for the Rule 23 Class.

Plaintiffs incorporate herein the accompany Plaintiffs' Memorandum in Support of Plaintiffs' Motion to Certify Class and Appendix in Support of Plaintiffs' Motion to Certify Class Action, including proposed Notice to Class, submitted in support of Plaintiffs' Motion to Certify Class.

WHEREFORE the Plaintiffs move the Court for an Order granting Plaintiffs' Motion for Class Certification, appoint the Attorney of Record as Class Counsel for the proposed class and approve the Notice to Class submitted herewith.

Respectfully submitted,

/s/ Bruce H. Stoltze
Bruce H. Stoltze
Stoltze & Stoltze, PLC
300 Walnut Street, Suite 260
Des Moines, Iowa  50309
Telephone:    515-244-1473
Fax:          515-244-3930
Email:  bruce.stoltze@stoltzelaw.com
Lead Attorney for Plaintiff

Bruce H. Stoltze, Jr.
Stoltze & Stoltze, PLC
300 Walnut Street, Suite 260
Des Moines, Iowa  50309
Telephone:    515-244-1473
Fax:          515-244-3930
Email:  bj.stoltze@stoltzelaw.com
Attorneys for Plaintiffs

John Q. Stoltze
Stoltze & Stoltze, PLC
300 Walnut Street, Suite 260
Des Moines, Iowa 50309
Telephone:    515-244-1473
Fax:               515-244-3930
Email:  john.stoltze@stoltzelaw.com
Attorneys for Plaintiffs

Christopher A. Kragnes, Sr.
Kragnes & Associates, P.C.
418 6th Ave., Suite 200
Des Moines, Iowa 50309
Telephone: 515-282-9200
Facsimile: 515-282-9205
E-mail: chris@ktkpc.com
Attorneys for Plaintiffs

Kaitlyn C. DiMaria
Kragnes & Associates, PC
317 6th Ave. Suite 1300
Des Moines, IA 50309
Ph. (515)-518-8187
Fax. (515)-282-9205
kate@ktkpc.com

**CERTIFICATE OF SERVICE:**

I hereby certify that on the 9th day of December, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Molly M. Weber
Ryan Sheahan
Assistant Attorney General
Iowa Department of Justice
Hoover State Office Building
1305 E. Walnut Street
Des Moines, Iowa 50319
Telephone: 515-281-5309
Facsimile: 515-281-4902
E-mail:  molly.weber@ag.iowa.gov
E-mail:  ryan.sheahan@ag.iowa.gov
Attorneys for Defendants

By: *Bruce H. Stoltze*