# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF IOWA
### CENTRAL DIVISION

| | |
|---|---|
| SUSAN L. ROWE, CHRISTINE M. KLEIBER, TAMMY D. BURDEN, JULIE A. SCHROPP, STACEY L. GOOD, individually and on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>KIMBERLY KAY REYNOLDS, in her official capacity as Governor State of Iowa, JAMES M. KURTENBACH, in his official capacity with Iowa Department of Administrative Services; and the STATE OF IOWA,<br><br>Defendants. | Case No. 4:19-CV-00256-JAJ-SBJ<br><br><br>**DEFENDANTS' STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF PARTIAL SUMMARY JUDGMENT** |

**COME NOW** Defendants and, pursuant to Federal Rule of Civil Procedure 56 and Local Rule 56(a)(3), submit their Statement of Undisputed Material Facts in support of their Motion for Partial Summary Judgment:

1. Plaintiffs filed this purported Class Action Complaint on June 28, 2019, in the Iowa District Court for Polk County. MSJ APP. 03.

2. Count I alleges a violation of the overtime requirements of the Fair Labor Standards Act under 29 U.S.C. § 207. MSJ APP. 11-12 at ¶¶ 44-52.

3. Count II alleges a violation of the Iowa Wage Payment Collection Law under chapter 91A for failing to pay overtime. MSJ APP. 12-13 at ¶¶ 53-64.

4. Defendants later removed the case to this Court on August 14, 2019. (Doc. 1).

Respectfully submitted,

THOMAS J. MILLER
Attorney General of Iowa

/s/ *Molly M. Weber*
MOLLY M. WEBER (AT0008313)
/s/ *Ryan Sheahan*
RYAN SHEAHAN (AT0014279)
/s/ *Samuel P. Langholz*
SAMUEL P. LANGHOLZ
Assistant Attorneys General
Hoover State Office Building
Des Moines, IA 50319
(515) 281-5309
molly.weber@ag.iowa.gov
ryan.sheahan@ag.iowa.gov
sam.langholz@ag.iowa.gov
ATTORNEYS FOR DEFENDANTS

---

**PROOF OF SERVICE**

The undersigned certifies that the foregoing instrument was served upon each of the persons identified as receiving a copy by delivery in the following manner on January 28, 2021:

☐ U.S. Mail           ☐ FAX
☐ Hand Delivery       ☐ Overnight Courier
☐ Federal Express     ☐ Email
☒ PACER

Signature: */s/ Audra Drish*