# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| SUSAN L. ROWE, CHRISTINE M. KLEIBER, TAMMY D. BURDEN, JULIE A. SCHROPP, STACEY L. GOOD, individually and on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>KIMBERLY KAY REYNOLDS, in her official capacity as Governor State of Iowa, ADAM STEEN, in his official capacity with Iowa Department of Administrative Services; and the STATE OF IOWA,<br><br>Defendants. | Case No. 4:19-CV-00256-JAJ-SBJ<br><br><br><br>**JOINT STIPULATION OF PLAINTIFFS' PARTIAL DISMISSAL WITHOUT PREJUDICE AS TO CERTAIN DEFENDANTS ONLY** |

COME NOW the Plaintiffs, Susan L. Rowe, Christine M. Kleiber, Tammy D. Burden, Julie A. Schropp and Stacey L. Good, individually and on behalf of themselves and others similarly situated, and Defendants, Kimberly Kay Reynolds, in her official capacity as Governor State of Iowa; Adam Steen, in his official capacity with Iowa Department of Administrative Services; and the State of Iowa, and upon the Joint Stipulation of the Parties in this case, hereby dismiss without prejudice certain Defendants as hereinafter set out.

Plaintiffs hereby dismiss without prejudice claims made in this action against Kimberly Kay Reynolds, in her official capacity as Governor State of Iowa and Adam Steen, in his official capacity with Iowa Department of Administrative Services.

Any and all other rights and causes of action against Defendant, State of Iowa, are hereby retained, preserved, and are not dismissed.

Respectfully submitted,

| | |
|---|---|
| */s/ Bruce H. Stoltze* | */s/ Ryan Sheahan* |
| Bruce H. Stoltze | Ryan Sheahan |
| Stoltze & Stoltze, PLC | Assistant Attorney General |
| 300 Walnut Street, Suite 260 | Hoover State Office Building |
| Des Moines, Iowa 50309 | Des Moines, IA 50319 |
| Phone: 515-244-1473 | Phone: (515) 281-6658 |
| Fax:    515-244-3930 | Fax:    (515) 281-4902 |
| Email: bruce.stoltze@stoltzelaw.com | E-mail: ryan.sheahan@ag.iowa.gov |
| Lead Attorney for Plaintiffs | Attorney for Defendants |

*/s/Christopher A. Kragnes. Sr.*
Christopher A. Kragnes, Sr.
Kragnes & Associates, P.C.
317 6th Ave., Suite 1300
Des Moines, Iowa 50309
Phone: 515-282-9200
Fax:    515-282-9205
Email: chris@ktkpc.com

Attorney for Plaintiffs

---

**PROOF OF SERVICE**

The undersigned certifies that the foregoing instrument was served upon each of the persons identified as receiving a copy by delivery in the following manner on June 23, 2023:

☐ U.S. Mail            ☐ FAX
☐ Hand Delivery        ☐ Overnight Courier
☐ Federal Express      ☐ Email
☒ PACER

Signature: */s/ Audra Jobst*