IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| SUSAN L. ROWE, CHRISTINE M. KLEIBER, TAMMY D. BURDEN, JULIE A. SCHROPP, STACEY L. GOOD, individually and on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>KIMBERLY KAY REYNOLDS, in her official capacity as Governor State of Iowa, JAMES M. KURTENBACH, in his official capacity with Iowa Department of Administrative Services; and the STATE OF IOWA,<br><br>Defendants. | Case No. 4:19-CV-00256-JAJ-SBJ<br><br><br><br>**PLAINTIFFS' RESPONSE TO COURT'S AUGUST 21, 2023, ORDER** |

COMES NOW the Plaintiffs, Susan L. Rowe, Christine M. Kleiber, Tammy D. Burden, Julie A. Schropp, Stacey L. Good, individual and on behalf of themselves and others similarly situated and hereby state to the Court, as follows:

1. On August 21, 2023, this Court entered an Order granting Unopposed Motion for Final Certification of FLSA Class and Preliminary Approval of Settlement Agreement. (Dkt. 131).

2. The Court approved the proposed notice to opt-in Plaintiffs and directed Plaintiffs' counsel to send the notice in the manner set out by the parties' settlement agreement.

1

3. The Court set a deadline of October 13, 2023, for class members to provide objections or comments and set a final approval hearing for November 2, 2023, at 9:00 a.m. in Rood 265 of the United States District Court for the Southern District of Iowa.

4. The Notice approved by the Court containing the above referred to information was mailed to the opt-in Plaintiffs by U.S. mail by depositing same in a United States Postal Service mailing receptacle by two separate mailings on September 5, 2023, and September 6, 2023.

5. A copy of the Notice mailed to each opt-in Plaintiff is attached hereto and identified as Exhibit "A".

Respectfully Submitted,

By: /s/ Bruce H. Stoltze
Bruce H. Stoltze
Lead Attorney
Stoltze & Stoltze, PLC
300 Walnut Street, Suite 260
Des Moines, Iowa  50309
Telephone:     515-244-1473
Fax:                515-244-3930
Email: bruce.stoltze@stoltzelaw.com
Attorneys for Plaintiff

By: /s/ Bruce H. Stoltze, Jr.
Bruce H. Stoltze, Jr.
Stoltze Law Group, PLC
300 Walnut Street, Suite 260
Des Moines, Iowa  50309
Telephone:     515-989-8529
Fax:                515-989-8530
Email:            bruce.stoltze.jr@stoltzelaw.com
Attorneys for Plaintiffs

By: /s/ John Q. Stoltze
John Q. Stoltze
Stoltze Law Group, PLC

        300 Walnut Street, Suite 260
        Des Moines, Iowa  50309
        Telephone:     515-989-8529
        Fax:                515-989-8530
        Email: john.stoltze@stoltzelaw.com
        Attorneys for Plaintiffs

        By: */s/ Christopher A. Kragnes, Sr.*
        Christopher A. Kragnes, Sr.
        Kragnes & Associates, P.C.
        317 6th Avenue, Ste. 1300
        Des Moines, Iowa  50309
        Telephone: 515-282-9200
        Email:  chris@ktkpc.com
        Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE:**

I hereby certify that on the 15th day of September, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Ryan Sheahan
Assistant Attorney General
Iowa Department of Justice
Hoover State Office Building
1305 E. Walnut Street
Des Moines, Iowa  50319
Telephone: 515-281-5309
Facsimile: 515-281-4902
E-mail: ryan.sheahan@ag.iowa.gov
Attorneys for Defendants

By: *Bruce H. Stoltze*

3

NOTICE OF COLLECTIVE ACTION PROPOSED SETTLEMENT AND HEARING

*Susan L. Rowe, Christine M. Kleiber, Tammy D. Burden, Julie A. Schropp, Stacey L. Good, individually and on behalf of themselves and others similarly situated,*

*v.*

*State of Iowa*

Case No.  4-19-cv-00256-SHL-SBJ

This is a lawsuit currently pending as a collective class action lawsuit in the United States District Court for the Southern District of Iowa. The Court has previously conditionally certified this action and there is now a proposed settlement.  If the proposed settlement receives final court approval, Collective Class Members who opted-in as a plaintiff in the lawsuit, are entitled to receive money, so long as that Collective Class Member has unpaid overtime due to them since July 1, 2017.

You were a current or former Registered Nurse employee of the State of Iowa in Job Classification 02020 or 82020, who, it has been claimed in this lawsuit, was improperly classified, since July 1, 2017, by the State of Iowa as an employee that was exempt from the overtime provisions of the Fair Labor Standards Act, as amended.  You are shown to have returned an opt-in to this conditionally certified collective class. As such, you are a collective class member entitled to receive money in the proposed settlement of this case so long as you have any unpaid overtime due to you accruing since July 1, 2017

**The Court has set October 13, 2023, as the date by which you must make any objection to the settlement, or any other comment as to the settlement.** You should read this entire notice carefully and act to object or comment on the proposed settlement if you want to make any objection or comment.

**The Court has set the date and time of hearing on the proposed settlement for November 2, 2023 at 9:00 a.m. in Room 265 of the United States District Courthouse, 123 East Walnut Street, Des Moines, Iowa 50309. You should read this entire notice carefully and, if you want to appear at the hearing, plan to come to the United States District Courthouse at that time and date.**

**YOU DO NOT NEED TO DO ANYTHING IF YOU DO NOT OBJECT TO THE TERMS OF THE PROPOSED SETTLEMENT. IF THE COURT APPROVES THE PROPOSED SETTLEMENT, YOU WILL AUTOMATICALLY BE PAID THE MONEY THIS SETTLEMENT PROPOSES TO PAY YOU UNDER THE TERMS AND MANNER AS SET OUT IN THE SETTLEMENT AGREEMENT SO LONG AS YOU HAVE UNPAID OVERTIME SINCE JULY 1, 2017.** You should read this entire notice carefully, and any documents provided with this notice, to understand what you will receive if the Court approves this proposed settlement.

If you have any questions as to this, you should contact, Bruce H. Stoltze, Stoltze & Stoltze, PLC, 300 Walnut, Suite 260, Des Moines, Iowa 50309 at bruce.stoltze@stoltzelaw.com or at phone number 515-244-1473.

**Why did you get this notice?**

1. You received this notice, and you should read this notice, because you are entitled to receive money from the *Rowe* collective class action proposed settlement if it is approved by the Court and you are owed any unpaid overtime that accrued since July 1, 2017. The purpose of this notice is to inform you about that proposed settlement in the *Rowe* lawsuit. The settlement does affect the rights of those persons who opted-in to the processing of the *Rowe* case. The settlement is not final. In order for the settlement to be final, the Judge in this case, the Honorable Stephen H Locher, will hear from class members who wish to be heard by filing objections or comments and will then make a final decision as to determining the settlement is fair, reasonable, and adequate. As this notice applies to you, you have the opportunity to indicate in writing if you object to the settlement, or to provide comments as to the settlement before the Judge decides whether to finally approve it. **However, to object or comment as to this proposed settlement in this lawsuit, you must do so in the manner as set out in this Notice and within the time explained in this Notice.**

2. The rest of this notice briefly explains the *Rowe lawsuit*, how this lawsuit applies to you, the key terms of the proposed settlement, and what and how you will be paid if the Court approves the proposed settlement.

**Does this notice apply to you?**

3. This notice applies to you as you received a previous notice of this case and you completed and returned a signed opt-in form to be included in this lawsuit.

**What is this lawsuit about?**

4. The *Rowe* lawsuit was brought against the State of Iowa in 2019 by 5 Registered Nurses working jobs for the State of Iowa and classified by the State of Iowa in Job Classifications 02020 and 82020. The allegations were that the State of Iowa, starting July 1, 2017, wrongly classified the RNs in these two job classifications as "exempt" from legal requirements to pay overtime. The assertion was made these nurses were entitled to be paid premium (i.e., time and one-half) overtime pursuant to law and the State of Iowa was violating the law by not paying that overtime.

5. The Court previously determined that a conditional collective action could be processed wherein the 5 named plaintiffs were allowed to process this case on behalf of the collective class of other registered nurses working for the State of Iowa in those specific

job classifications. You were given notice of that ruling by the Court and sent in your opt-in notice to be part of this *Rowe* lawsuit.

6. The *Rowe* Representative Plaintiffs and the Defendant State of Iowa have written down their proposed settlement in a document called a "Settlement Agreement." The settlement is not final. The settlement will be final only after the judge approves it after holding a public hearing called a "settlement fairness hearing." Before the judge decides to finally approve the settlement, you can tell the Judge if you do not like any part of it by filing in writing what is called an "objection," or you can make any other comment as to the proposed settlement, and you can ask the Judge to let you speak at the settlement fairness hearing (although whether he will do so is strictly up to him).

**What are the key terms of the Settlement Agreement?**

7. The Settlement Agreement provides for monetary compensation, as set out below, for each Opt-in Collective Class Action Plaintiff so long as that Plaintiff has overtime accrued and not paid since July 1, 2017. In exchange, the settlement collective class members are releasing all claims related to the claims made in this lawsuit as to overtime claims that were or could have been alleged in the lawsuit against the State of Iowa and against any person or entity associated with the State of Iowa for the class period of July 1, 2017, to the present.

8. Without the State of Iowa admitting any wrongdoing and to avoid further litigating these claims, the Settlement Agreement provides:

    a. The State of Iowa would pay each plaintiff who opted into this collective action and each such plaintiff would be paid by the State of Iowa 100% of that plaintiff's claimed unpaid overtime premium, thereby creating a "Settlement Amount". That Settlement Amount is calculated for all Plaintiffs, totaled together, at present, to be in the amount of $830,571.28.

    b. All normal and customary withholding taxes would be withheld out of the funds, with each Plaintiff's withholdings taxes paid as required by law from that Plaintiff's portion and with the State of Iowa paying its own respective portion of such normal and customary taxes. This amount paid by the State of Iowa in withholding taxes is paid in addition to the funds being paid in the Settlement Amount.

    c. IPERS payments would be paid as to the Settlement Amount funds as normally calculated with the appropriate amount required by law being withheld from each Plaintiff's funds and the State of Iowa paying its appropriate and normal calculation contribution. The State of Iowa's payment of the respective IPERS payment is in addition to the amount paid in the Settlement Amount.

d. The State of Iowa would pay an additional amount of $25,000 as partial payment of the expenses incurred by the Plaintiffs' attorneys in the processing of this case. These are out of pocket expenses paid by the Plaintiffs' attorneys in the processing of the case and would be paid to the Plaintiffs' attorneys.

e. The State of Iowa would pay an additional amount of $25,000 (with $5,000 being paid to each named representative Plaintiff), as service awards for the time spent, work performed, and any wages or time lost working as a result of being a representative Plaintiff in this case.

f. The State of Iowa would separately pay an additional amount as attorney fees of the Plaintiffs' counsel in the amount of 35% of the amount of Settlement Amount created by the payment of the 100% recovery of claimed unpaid overtime. This is presently calculated to be the amount of $290,699.95. This money is paid by the State of Iowa in addition to the Settlement Amount paid to each of the Collective Class Members. This payment would, therefore, allow attorney fees to be paid separately and not out of the Settlement Amount recovered by the Plaintiffs.

g. The Plaintiffs' attorneys agreed they would not seek any attorney fees from the collective class member Plaintiffs but would only seek to recover the remaining unpaid out-of-pocket expenses incurred, including paralegal costs incurred, from the amounts received by the Plaintiffs. This amount would be allocated pro rata between the Plaintiffs per the amount of funds received by each Plaintiff. This amount is $58,856.40 and is calculated to amount to approximately 7.09% of each Plaintiff's separate recovery of the Settlement Amount. Therefore, each Plaintiff is recovering the gross amount of 92.91% of the claimed lost overtime wages, along with IPERS contributions by the State of Iowa in addition to that recovery.

h. As a result of the settlement, if approved by the Court, each collective class action member will be held to have released all claims for premium overtime pay for the period of time from July 1, 2017, to the present.

i. The Plaintiffs would dismiss with prejudice the *Rowe* action upon final approval by the Court of the Settlement Agreement or as otherwise required by the Court. This means the case would stop and could never again be filed.

9  The Settlement Agreement provides the following as to the method of distribution of the Settlement Amount to the Collective Class Members:

a. As the monies in the proposed settlement are being paid as additional wages to each respective Collective Class Member, the monies will be paid through a payroll warrant by the State of Iowa to each Collective Class Member.

    b. The gross amount of wages paid have been jointly calculated by the Plaintiffs' attorneys and the State of Iowa by using the payroll records of the State of Iowa as to each Collective Class Member. This amount is set out in the accompanying spreadsheet being supplied to you with this Notice. It is calculated to set out the specific gross amount you personally are allocated of the total Settlement Amount.

       You should carefully review that specific amount calculated for you to confirm it is calculated properly. If you have questions about that, you should:

          I. First look at the enclosed spreadsheet provided by the State of Iowa and provided to you by the Plaintiffs' attorneys which shows your personal recovery calculations and pay information.

          II. If you have further questions, look at the State of Iowa wage payment websites provided by the State of Iowa. For the period of time before October 1, 2021, please go to: https://www.egov.state.ia.us/warrants/warrantProcessorServlet. This link can be found on the Iowa DAS web site, under the State Accounting tab→Centralized Payroll→Online Payroll Warrant (located at bottom of the screen). For the period of time after October 1, 2021 to the present please go to the current payroll site you currently have access to for payroll information.

          III. If you have additional questions or concerns contact Tracy Meyers, the paralegal for Lead Attorney Bruce H Stoltze. She can be reached at: tracy.meyers@stoltzelaw.com ; Or at phone number 515-244-1473 or mail at: 300 Walnut St., Suite 260, Des Moines, IA 50309. She will work with Bruce H Stoltze and the other Plaintiff attorneys and the State of Iowa attorneys and with you as to any questions as to those numbers and calculations.

    c. The State of Iowa will also calculate the amount of IPERS that is due on the settlement amount paid to you. The amount paid to you in the wage check will be reduced by the amount of IPERS you must pay on your portion of wages. That amount will be credited to your IPERS account. The State of Iowa's portion of IPERS to be paid on your wages from this settlement, will also be paid and credited to your IPERS account.

    d. Your portion of the settlement funds will be reduced by the pro rata amount of unpaid expenses incurred by Plaintiffs' counsel. In the settlement negotiations the State of Iowa, as said above, agreed to pay $25,000 of Plaintiffs' attorneys' expenses. Plaintiffs' attorneys totally incurred, or will incur to complete this settlement and payment to the collective class members, the total sum of $83,856.40 in expenses. That leaves $58,856.40 for payment by the Collective Class Members to reimburse these costs to the Plaintiffs' attorneys. This amount of $58,856.40 calculates to be 7.09% percentage of the recovery in this case of the Settlement Amount. Accordingly, your gross recovery in this case is reduced by this percentage and those monies will be paid to the Plaintiffs' attorneys for these incurred expenses resulting in your recovery of 92.91% of claimed

lost overtime.  This amount is shown in your individual calculation spreadsheet included with this notice.

**Why is this a Collective Class Action?**

10. In a collective class action, one or more persons, called the Collective Class Representative(s), sue on behalf of a group of people who have similar claims – the Collective Class Members. The possible collective class members have the option to participate or not in the lawsuit. Opt-in forms must be completed and filed by each person who wants to be included in the lawsuit. One court then resolves the issues for all Collective Class Members who opted-in to be members of the collective class in the case.  Those who do opt-in are then bound by the resolution of that case, whether it be through a trial or through a settlement. You previously opted into this case.

**Are There Lawyers Representing You?**

11. The Collective Class Representatives' retained lawyers (called "Collective Class Counsel") to collectively represent you. You will not be asked to pay your own personal money for the attorney fees of these attorneys and their associates in litigating this case and negotiating this Settlement. Instead, the lawyers have sought and have reached agreement to be paid by the Defendant State of Iowa on top of the payment being made to the Collective Class Members as is described in this notice. Only Collective Class Counsel may act on behalf of the class. However, that does not prevent you from hiring your own lawyer to advise you personally about your rights, options or obligations as a Collective Class Member in this lawsuit. If you want to be represented by your own lawyer, you may hire one at your own expense.

**What Do I Need to do to Collect Money?**

12. **YOU DO NOT TO DO ANYTHING. IF THE COURT FINALLY APPROVES THE PROPOSED SETTLEMENT, YOU WILL AUTOMATICALLY BE PAID THE MONEY THIS SETTLEMENT PROPOSES TO PAY YOU UNDER THE TERMS AND MANNER AS SET OUT IN THE SETTLEMENT AGREEMENT.** If your address has changed since the time of your last paycheck from the State of Iowa, you should, however, notify Plaintiffs' counsel so that information can be provided to the State of Iowa as to where to send your settlement check. You should read this entire notice carefully, and any documents provided with this notice, to understand what you will receive if the Court approves this settlement.

**What Happens If I do Nothing?**

13. If you do nothing, as said above, you will receive the money stated in the Settlement Agreement and as specifically provided in the accompanying spreadsheet documents, if the Court finally approves the settlement. You are considered part of the Collective Class

Action because you opted-in, and you will be releasing all claims you may have related to the allegations in the case. Thus, it is very important for you to read this notice completely and the accompanying documents, so you are aware of your rights and your right to make comment or objection as to this settlement, if you want to make any comment or objection.

## What Must I do to Object to or Comment on the Settlement?

14. Any Settlement Class Member may object to or comment on all or any part of the Settlement, or to any settlement term. Settlement Class Members must object or comment in writing. **You must submit any objection(s) or comment(s) by** October 13, 2023, for them to be considered by the Court.

    To submit your objection(s), you must do the following things:

    i. You must write a letter to the Court stating: (a) your full name, address, and telephone number; (b) the reason why you think you are a member of the settlement class; and (c) the basis of your objection. **AND**

    ii. On the first page of your letter write in large or underlined letters: "Case No. 4-19-cv-00256-SHL: Objections or Comments as to Settlement Agreement in *Rowe v. State of Iowa*. **AND**

    iii. Mail your letter to the Clerk of Court for the United States District Court for the Southern District of Iowa, 123 East Walnut Street, Des Moines, Iowa 50309, **or** file your letter in person at any location of the United States District Court for the Southern District of Iowa; **AND**

    iv. Mail or email copies of your letter to the attorneys for the plaintiffs and defendant at the following addresses:

| | | |
|---|---|---|
| Bruce H Stoltze<br>Stoltze & Stoltze, PLC<br>300 Walnut St., Suite 260<br>Des Moines, IA 50309.<br>Bruce.stoltze@stoltzelaw.com<br>LEAD ATTORNEY<br>FOR COLLECTIVE CLASS<br>MEMBERS | **AND** | Ryan Sheahan<br>Assistant Attorney General<br>Iowa Department of Justice<br>Hoover State Office Building<br>1305 E Walnut Street<br>Des Moines, IA 50319<br>ryan.sheahan@ag.iowa.gov<br>ATTORNEY FOR STATE OF IOWA |

Given the sensitive subject matter, objections or comments automatically will be treated as having been filed under seal; however, the Court encourages an objecting or commenting party to include the words "CONFIDENTIAL – FILED UNDER SEAL" or similar language on the objection or comment when it is submitted to the Court and the attorneys.

If you need help writing your objections or comments, you may ask someone to object or comment on your behalf. The representative must state in the objection or comment that he or she is your representative and explain the nature of the representation and the name of the class member.

DO NOT CALL THE COURT. THE COURT WILL NOT ACCEPT PHONE CALLS ABOUT THIS. YOU MUST SUBMIT YOUR OBJECTIONS OR COMMENTS TO THE COURT AND THE ATTORNEYS FOR THE PLAINTIFFS AND DEFENDANT IN WRITING.

**What is the Release of Claims?**

15. As you are a collective class member and have opted-in to the collective class as described above in this case, you are waiving and releasing all your rights to all claims of overtime against the State of Iowa and all persons and entities associated with the State of Iowa during the collective class period from July 1, 2017 to the present, including even those you are not aware of at present or do not suspect, in exchange for the monetary payment of this settlement. Under this settlement, you will not be giving up any other claim(s) that you may have against the State of Iowa, and any persons or entities associated with the State of Iowa.

**What is the Background of the Settlement?**

16. Plaintiffs' lawyers believe that this Agreement is fair, reasonable, adequate, and is in the best interest of the collective class because it provides 100% of the past lost overtime premium pay that the collective class claims to have been wrongfully deprived of since July 1, 2017. It also provides that the attorney fees for the processing of this case are paid in addition to the money provided to the Plaintiff collective class members. While the State of Iowa did not agree to pay all expenses incurred, the amount not covered amounts to 7.09% percent of the amount recovered by each collective class member. The issues that remain to be determined as a matter of fact and law, do provide an opportunity for a complete loss by the collective class members. This settlement recovery is a strong recovery and recovers the money that was lost. The State of Iowa did, during the Covid period, and has now continued in place, policies to pay premium overtime for all collective class members, thereby eliminating much of the loss of overtime pay and the loss is no longer currently occurring. Although Defendant State of Iowa continues to deny that it has committed any wrongdoing, it believes that further litigation would be protracted, expensive, and contrary to its best interests. Thus, the Parties entered into settlement negotiations which resulted in the settlement.

The Judge will retain jurisdiction over the case to decide any disputes about compliance with the Settlement Agreement.

**When and where will the Judge decide whether to approve the Settlement Agreement?**

17. A settlement fairness hearing will be held on November 2, 2023, at 9:00 a.m. Central Time, Room 265 before the Honorable Judge Stephen H. Locher of the U. S. District Court for the Southern District of Iowa, at the U. S. District Courthouse. The Courthouse is located at 123 E. Walnut Street, Des Moines, IA 50309. Courthouse personnel can help you find the courtroom where the hearing will occur.

    At the settlement fairness hearing, the Judge will consider whether the settlement is fair, reasonable, and adequate. The Judge will consider any objections that were made according to the procedures described above. Plaintiffs' and Defendant's lawyers will be available to answer any questions that the Judge may have.

    You may speak at the hearing only if you sent your objections to the Court and the attorneys for the plaintiffs and defendant in writing, and if the Judge determines he will allow those who object to speak. If he does, he may decide to allow some and not others to do so.

    If the Judge decides to approve the settlement, his decision is final, and the Lawsuit will end. The class members will no longer be able to sue the State of Iowa for the same things they sued about in the *Rowe* lawsuit.

    If the Judge does not approve the settlement, the Lawsuit will continue.

**When Will I Receive Money from the Settlement?**

18. No money will be paid until after the Settlement Agreement is approved. After that, it will likely take a month, and possibly more, for the State of Iowa process all the checks that need to be paid on the claims, making final calculation of the amount, if any, due to each Collective Class Member, making calculations as to the withholding taxes and amounts, including the IPERS to be calculated on these amounts and for the money to be sent by the State of Iowa to each of the Collective Class Members. You should expect to be paid within 60 days of the court's approval of settlement. If you do not receive money within Sixty (60) days of the settlement fairness hearing date, contact the Plaintiffs' Attorney by either emailing bruce.stoltze@stoltzelaw.com or calling Bruce H Stoltze at 515-244- 1473 or writing to Bruce H Stoltze, 300 Walnut St., Suite 260, Des Moines, IA 50309.