IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| SUSAN L. ROWE, CHRISTINE M. KLEIBER, TAMMY D. BURDEN, JULIE A. SCHROPP, STACEY L. GOOD, individually and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>STATE OF IOWA,<br><br>Defendant. | No. 4:19-cv-00256-SHL-SBJ<br><br>**ORDER GRANTING FINAL APPROVAL OF SETTLEMENT AGREEMENT AND GRANTING REQUEST FOR ORDER OF DISMISSAL WITH PREJUDICE** |

Plaintiffs are Registered Nurses who allege that the State of Iowa violated the Fair Labor Standards Act ("FLSA") by failing to pay them overtime at one-and-one-half times their regular hourly rate. Following extensive litigation and settlement discussions, the parties reached an agreement to resolve the case. On August 21, 2023, the Court entered an Order Granting Unopposed Motion for Final Certification of FLSA Class and Preliminary Approval of Settlement Agreement. (ECF 131.) Since that time, the parties have moved forward in good faith to provide notice of the settlement to potential opt-in class members, along with information regarding the payments those class members will receive if the Settlement Agreement receives final approval. The parties report that they have been able to track down almost all potential opt-in class members, with those individuals generally opting in to the case. No one has raised objections or provided other negative feedback to the Settlement Agreement.

The absence of negative feedback confirms what this Court believed when it granted preliminary approval of the Settlement Agreement: this is a fair and equitable resolution of a bona fide dispute. Indeed, the State is agreeing to pay close to one hundred percent of the full value of the claims of opt-in class members in a situation where liability is the subject of legitimate legal and factual debates. For these reasons, as well as others set forth in the Court's earlier Order granting preliminary approval, the Court GRANTS final approval of the Settlement Agreement and directs the parties to continue carrying out the Agreement's terms. The Agreement is now final and binding on Plaintiffs (including all opt-in Plaintiffs) and Defendant.

Consistent with the terms of the Settlement Agreement, the Court GRANTS the Parties' joint request for entry of an Order voluntarily dismissing the case with prejudice. (ECF 129, pp. 2, 18.) The Parties' settlement has been negotiated in good faith and at arm's length by the Parties through their respective counsel. The settlement is approved as a fair and reasonable disposition of the claims for alleged FLSA violations. Accordingly, this action, and all of the claims asserted herein by Plaintiffs (including all opt-in Plaintiffs) are hereby dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(2). The Court shall retain jurisdiction over this matter for purposes of the interpretation and enforcement of the Parties' Settlement Agreement.

**IT IS SO ORDERED.**

Dated: November 2, 2023

_____
Stephen H. Locher
UNITED STATES DISTRICT JUDGE